DISMISS; Opinion filed August 31, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-01260-CV

**DANIEL GOMEZ, Appellant**

**V.**

**THUNDERBIRD APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-03922-C**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

By letter dated March 26, 2012, the Court informed appellant that his brief was past due. We directed appellant to file a brief with an extension motion within ten days and cautioned him that failure to do so would result in dismissal of his appeal.

As of today's date, appellant has not filed a brief. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b).

CAROLYN WRIGHT
CHIEF JUSTICE

101260F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DANIEL GOMEZ, Appellant

No. 05-10-01260-CV     V.

THUNDERBIRD APARTMENTS, Appellee

Appeal from the County Court at Law No. 3 of Dallas County, Texas. (Tr.Ct.No. CC-10-03922-C).
Opinion delivered by Chief Justice Wright, Justices Francis and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Thunderbird Apartments, recover its costs of the appeal from appellant, Daniel Gomez.

Judgment entered August 31, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE